**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** :<br><br>                    **Plaintiff,**   :<br><br>          **v.**                        :<br><br>**ROYAL DUTCH PETROLEUM COMPANY and** :<br>**THE "SHELL" TRANSPORT AND TRADING** :<br>**COMPANY, plc,**                     :<br><br>                    **Defendants.**   : | **Case Number**<br>**4:04-cv-3359**<br>**ECF** |

**ORDER APPROVING FINAL ACCOUNTING OF**
**THE FAIR FUND**

The Court has considered Plaintiff's Unopposed Motion to Approve the Final Accounting of the Fair Fund (the "Motion"). Defendants do not oppose the Motion. The Court finds the Motion to be meritorious and it is, therefore, **GRANTED.** Accordingly, it is:

ORDERED that the Final Accounting attached as Exhibit A to the Motion is approved.

Date: February 8, 2012

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE